# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | **8:05CR115** |
| **vs.**   ) | |
| ) | **ORDER** |
| **JOAQUIN ANDRADE,**   ) | |
| ) | |
| **Defendant.**   ) | |

    This matter is before the court on defendant's Motion for Continuance (#15).  Trial is now set for March 28, 2006.  One month ago, defendant was given an extension of time to file pretrial motions.  At that time, defendant was ordered to file a speedy trial waiver as soon as was practicable.  No pretrial motions were filed, and defendant has not ever filed a speedy trial waiver.  He now seeks an indefinite extension of time in which to conduct plea negotiations.  The court believes that the parties have been given adequate time to conduct plea negotiations in this case, and the court's calendar cannot accommodate this request.

    **IT IS ORDERED** that the Motion for Continuance (#15) is denied.

    **DATED March 10, 2006.**

                                    **BY THE COURT:**

                                    **s/ F.A. Gossett**
                                    **United States Magistrate Judge**